

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00101-CV

**IN THE INTEREST OF S.R.M.,** a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01289
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 2, 2017.

_____
Rebeca C. Martinez, Justice